IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BLAKE A. MARTIN**                                                                          **PLAINTIFF**

**V.**                  **CASE NO. 1:19-CV-79-JM-BD**

**ALBERT ROOKE,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Mr. Martin has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Martin's claims that County Jail officials denied him access to the telephone, used excessive force against him, and failed to provide adequate medical treatment are DISMISSED, without prejudice. In addition, Mr. Martin's claims for money damages against Defendants in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED, this 16th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE