IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**BLAKE A. MARTIN**                                                                                           **PLAINTIFF**

**V.**                                   **CASE NO. 1:19-CV-79-LPR-BD**

**ALBERT ROOKE**, *et al.*                                                                               **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Any party may file written objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. Parties who do not file objections risk waiving their right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Blake Martin filed this civil rights lawsuit without the help of a lawyer, complaining about the conditions of his confinement while detained in the Fulton County jail. (Docket entries #2, #8) In January 2020, after Mr. Martin was released from custody, he notified the Court of his new address. (#25)

Meanwhile, however, on December 20, 2019, the Court granted the Defendants' motion to compel Mr. Martin to respond to their discovery requests. (#21) In the

December 20 Order, the Court ordered Mr. Martin to file his responses to the Defendants' discovery requests within 30 days. (#21)

After Mr. Martin notified the Court of his new address, he was given an additional 14 days to file his discovery responses. (#26) The Court cautioned him that his failure to file responses, as ordered, would likely result in the dismissal of his claims, without prejudice. Local Rule 5.5(c). To date, Mr. Martin has not filed discovery responses, and the extended deadline has passed.

### III.   Conclusion

The Court recommends that Mr. Martin's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's January 17, 2020 Order and his failure to prosecute this lawsuit.

DATED this 3rd day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE