IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**BLAKE A MARTIN**                                                                                    **PLAINTIFF**

v.                               **Case No. 1:19-cv-00079-LPR**

**ALBERT ROOKE,** *et al.*                                                             **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal without prejudice filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Martin's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's January 17, 2020 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 24th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE