IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**BLAKE A MARTIN**                                                                  **PLAINTIFF**

**v.**                   **Case No. 1:19-cv-00079-LPR**

**ALBERT ROOKE,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE